UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DICKERSON, | Case No. 18-04255 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA COUNTY MAIN JAIL, | |
| Defendant. | |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] Plaintiff also filed a motion to proceed in forma pauperis ("IFP"). (Docket No. 6.) On November 5, 2018, the Court issued an order advising Plaintiff that his IFP application was deficient because he failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing six months of transactions. (Docket No. 13.) Plaintiff was directed to file the necessary documents to support his IFP application within twenty-eight days or face dismissal. (Id.) The deadline has passed, and

---

[1] The matter was reassigned to this Court after Plaintiff declined magistrate judge jurisdiction. (Docket Nos. 7, 9.)

Plaintiff has not filed the necessary documents to complete his IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 1/10/2019

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.18\04255Dickerson_dism-ifp.docx